### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**PETER HENDERSON, #214546**                                                              **PETITIONER**

**v.**                                               **CIVIL ACTION NO. 1:20-cv-134-HSO-RHW**

**JOSEPH ARRINGTON**                                                                       **RESPONDENT**

### ORDER DIRECTING RESPONDENT
### TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

BEFORE THE COURT is Petitioner's pro se request for habeas corpus relief pursuant to 28 U.S.C. § 2254.   Petitioner is an inmate of the Mississippi Department of Corrections, currently incarcerated at the South Mississippi Correctional Institution in Leakesville, Mississippi.   After initial review of the Petition, it is hereby,

**ORDERED** that the Respondent, through the Attorney General of the State of Mississippi, file an answer or other responsive pleading in this cause within twenty (20) days of the service upon the said Attorney General of a copy of this Order.   Respondent shall file with his answer or other responsive pleading any court documents relevant to the disposition of this cause including full and complete transcripts of all proceedings in the state court of Mississippi arising from the charges of murder in the Circuit Court of Harrison County, Mississippi.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the signed Petition [8] filed herein, along with a copy of this Order upon Attorney General of the State of Mississippi.   The Clerk of Court is also directed to mail a copy of this Order to the Petitioner at his address of record.

**The Petitioner is advised that this Order directing the Respondent to answer does not reflect any opinion of this Court that the claims contained in the Petition will or will not**

**be determined to be meritorious.**

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED AND ADJUDGED**, this the 29th day of June, 2020.

s/Robert H. Walker
UNITED STATES MAGISTRATE JUDGE